**No. 56725.**—B. B. Dorf & Co., Inc., et al. v. United States, protests 639264-G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.